DAVID P. CUSICK, #160467, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 18-26373-E-13C |
| --- | --- | --- |
| | ) | DCN: JHH-1 |
| | ) | |
| HERBERT EDWARD MILLER | ) | DECLARATION OF COREY CROM |
| | ) | IN SUPPORT OF TRUSTEE'S |
| | ) | RESPONSE TO DEBTOR'S MOTION TO |
| | ) | RECONSIDER ORDER DISMISSING |
| | ) | CASE |
| | ) | |
| | ) | DATE: FEBRUARY 12, 2019 |
| | ) | TIME: 3:00 P.M. |
| | ) | JUDGE: SARGIS |
| Debtor(s) | ) | COURTROOM: 33 |

I, Corey Crom, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by DAVID P. CUSICK, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

1

18-26373/JHH-1

3. I have reviewed the Trustee's records and show that the Debtor filed this case on October 9, 2018.

4. I reviewed the Court's Notice of Incomplete Filing (DN 3) which lists the missing documents and gives two deadlines:

1. Master address list due by October 16, 2018

2. Plan, Form 122C-1, Schedules, Statement of Financial Affairs, Summary of Assets and Liabilities due by October 23, 2018.

5. I verified on PACER, that the debtor filed his master address timely on October 16, 2018 (DN 9) and that the debtor filed Form 122C-1 (DN 10), Summary of Schedules/Assets & Liabilities, Schedules A/B, C and Statement of Financial Affairs on October 23, 2018 (DN 13) and filed the Plan and Schedules C, D, E/F, G, H, I, J on October 24, 2018 (DN 14).

6. I read the Order on Extension of Deadline to File (DN 16) dated October 25, 2019 and understand the order to granted the Debtor until November 6, 2018 to file missing documents. It also instructed the Debtor that he has 5 days from the date he files the documents to give timely notice of commencement of the case and of all deadlines to all creditors not on the original master address list. The Order also advised that the Debtor is responsible to serve the Chapter 13 Plan with a motion for confirmation and set the matter for hearing. The Debtor's documents were filed October 24, 2018 and 5 days after is October 29, 2018.

7. I reviewed the Master Address List and Debtor's Schedules D and E/F and found that Placer Recovery Specialists, (DN 14, Pg. 10) appears as an additional party to notice but is not on the master address list. I also found that the address for Countrywide Bank changed to PO Box 650070, Dallas, TX 75265 and the address of Michael Smith changed to 2705 Boothill Ct, Laguna Hills, CA 92653.

18-26373/JHH-1

8. I reviewed PACER to confirm the Debtor has served the plan and has not set a motion to confirm.

9. On Schedule D, I found that the Debtor lists claims totaling $9,919,447.28 (DN 14, Pgs. 3-9).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JANUARY 23, 2019, at Folsom, California.

_____
Corey Crom, Paralegal

18-26373/JHH-1

3