# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: Hebert Edward Miller

Case No.　　2013-23040-B-11

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**　03/31/13　　　　　**PETITION DATE:**　03/06/13

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if che the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in　$1

|  |  | End of Current Month | End of Prior Month |
|---|---|---|---|
| 2. | **Asset and Liability Structure** | | |
|  | a. Current Assets | $0 | |
|  | b. Total Assets | $145,400 | |
|  | c. Current Liabilities | $20,000 | |
|  | d. Total Liabilities | $20,000 | |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** |
|  | a. Total Receipts | $3,500 | |
|  | b. Total Disbursements | $3,513 | |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($13) | $0 |
|  | d. Cash Balance Beginning of Month | $0 | |
|  | e. Cash Balance End of Month (c + d) | ($13) | $0 |
|  |  | **Current Month** | **Prior Month** |
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | |
| 6. | **Post-Petition Liabilities** | $20,000 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | |

**At the end of this reporting month:**　　　　　　　　　　　　　　　　　　　　　**Yes**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?　　x
13. Are a plan and disclosure statement on file?
14. Was there any post-petition borrowing during this reporting period?

15. Check if paid: Post-petition taxes　x　;　　U.S. Trustee Quarterly Fees　x　; Check if filing is current for:
tax reporting and tax returns:　x　.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting filings are not current.)

Revised 3/15/99

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonab believe these documents are correct.

Date: _____April 7th 2013_____    _____Herbert E. Miller_____
                                   Responsible Individual

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

|   |   | Property 1 | Property 2 |
|---|---|---|---|
| 1 | Description of Property | | |
| 2 | Scheduled Gross Rents | | |
|   | Less: | | |
| 3 | Vacancy Factor | | |
| 4 | Free Rent Incentives | | |
| 5 | Other Adjustments | | |
| 6 | Total Deductions | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |   | Account 1 | Account 2 |
|----|---|---|---|
| 10 | Bank | | |
| 11 | Account No. | | |
| 12 | Account Purpose | | |
| 13 | Balance, End of Month | | |
| 14 | Total Funds on Hand for all Accounts | $0 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Mon[t]

**Property 3**

_____

_____

_____
_____
_____

_____ $0

_____ $0

_____

_____ $0

**Account 3**

_____
_____
_____

_____

thly Operating Report.

## STATEMENT OF CASH RECEIPT

Increase/(Decrease) in Cash a
For the Month Ended

**Cash Receipts**
1. Rent/Leases Collected
2. Cash Received from Sales
3. Interest Received
4. Borrowings
5. Funds from Shareholders, Partners, or Other Insiders
6. Capital Contributions
7. 
8. 
9. 
10. 
11. 

12. **Total Cash Receipts**

**Cash Disbursements**
13. Selling
14. Administrative
15. Capital Expenditures
16. Principal Payments on Debt
17. Interest Paid
    Rent/Lease:
18.    Personal Property
19.    Real Property
    Amount Paid to Owner(s)/Officer(s)
20.    Salaries
21.    Draws
22.    Commissions/Royalties
23.    Expense Reimbursements
24.    Other
25. Salaries/Commissions (less employee withholding)
26. Management Fees
    Taxes:
27.    Employee Withholding
28.    Employer Payroll Taxes
29.    Real Property Taxes
30.    Other Taxes
31. Other Cash Outflows:
32. 
33. 
34. 
35. 
36. 

37. **Total Cash Disbursements:**

38. **Net Increase (Decrease) in Cash**

39. **Cash Balance, Beginning of Period**

40. **Cash Balance, End of Period**

Filed 05/08/13   Case 13-23040   Doc 66



**Community 1st Bank**
*Investing in Your Life*

CORPORATE HEADQUARTERS
649 LINCOLN WAY
AUBURN, CA 95603

(530) 863-4800

1297

Abacus Investment Group Inc
PD Box 6644
Auburn, CA 95604

| | |
|---|---|
| ACCOUNT | 215004826 |
| STATEMENT PERIOD | 03/01/13 - 03/31/13 |
| PAGE | 1 of 6 |

## TYPE OF ACCOUNT... Business Checking

| Beginning Balance | We Have Added Number / Deposits/Credits | We Have Subtracted Number / Checks/Debits | Ending Balance |
|---|---|---|---|
| $ 394.01 | 3 / $ 3,606.57 | 49 / $ 4,013.61 | $ -13.03 |

| Items Enclosed | Minimum Balance | Average Balance | Average Available Balance |
|---|---|---|---|
| 8 | $ -13.03 | $ 716.00 | $ 716.00 |

### CHECKS

| CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1163 | 03/15/2013 | 100.00 | 1167 | 03/14/2013 | 130.00 |
| 1164 | 03/11/2013 | 100.00 | 1171* | 03/27/2013 | 30.00 |
| 1165 | 03/13/2013 | 306.15 | 1175* | 03/28/2013 | 60.00 |
| 1166 | 03/18/2013 | 137.71 | 117454* | 03/25/2013 | 614.00 |

\* - denotes missing check number in sequence

### OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/01/2013 | 5.00 | Debit Card Transaction<br>TC/BANKRUPTCYCOUNSELIN 04157582227 CA<br>Terminal ID: 0629 Serial #: 442895646 |
| 03/01/2013 | 49.00 | Debit Card Transaction<br>TMF*THE MOTLEY FOOL 888-665-3665 VA<br>Terminal ID: 99999999 Serial #: 840672731 |
| 03/04/2013 | 40.00 | Debit Card Transaction<br>FLYERS #4 AUBURN CA<br>Terminal ID: 001 Serial #: 000660976 |
| 03/04/2013 | 89.14 | Debit Card Transaction<br>SAFEWAY STORE 3122 AUBURN CA<br>Terminal ID: 31220001 Serial #: 000013794 |
| 03/05/2013 | 50.00 | Debit Card Transaction<br>USA 63176 AUBURN CA<br>Terminal ID: TESO631 Serial #: 000609728 |
| 03/08/2013 | 131.00 | Debit Card Transaction<br>AAA*PAYMENT 800-922-8228 CA<br>Terminal ID: 99999999 Serial #: 456850673 |
| 03/12/2013 | 60.35 | Debit Card Transaction<br>Arco 83425 WEST SACRAMEN CA |






Abacus Investment Group Inc
PO Box 6644
Auburn, CA 95604

| DATE | AMOUNT |
|---|---|
| 03/13/2013 | 3.89 |
| 03/14/2013 | 82.31 |
| 03/14/2013 | 34.95 |
| 03/15/2013 | 19.50 |
| 03/18/2013 | 80.00 |
| 03/18/2013 | 5.58 |
| 03/18/2013 | 10.44 |
| 03/18/2013 | 21.48 |
| 03/18/2013 | 35.24 |
| 03/18/2013 | 50.00 |
| 03/18/2013 | 84.37 |
| 03/19/2013 | 10.00 |
| 03/19/2013 | 10.00 |
| 03/19/2013 | 10.00 |
| 03/19/2013 | 13.00 |



*Investing in Your Life*

CORPORATE HEADQUARTERS
649 LINCOLN WAY
AUBURN, CA 95603

(530) 863-4800

| | |
|---|---|
| ACCOUNT | 215004826 |
| STATEMENT PERIOD | 03/01/13 - 03/31/13 |
| PAGE | 2 of 6 |

## ——— OTHER DEBITS ———

DESCRIPTION
Terminal ID: 97019901 Serial #: 000974782
Debit Card Transaction
CENTURY PETROLE W SACRAMENTO CA
Terminal ID: 20743601 Serial #: 000027068
Ach withdrawal
SUDDENLINK CHECKPAYMT
CHECK# 000000001168
Debit Card Transaction
LIVECAREER* RECURRING myperfectresu GB
Terminal ID: 99999999 Serial #: 355210155
Debit Card Transaction
BAILEY'S ELM DR AUBURN CA
Terminal ID: 00001234 Serial #: 000991627
ATM Cash Withdrawal
COMMUNITY 1ST 649 LINCOLN W AUBURN CA
Terminal ID: IC 02925 Serial #: 000007905
Debit Card Transaction
JACK IN THE BOX #0471 AUBURN CA
Terminal ID: 7453 Serial #: 759321742
Debit Card Transaction
SQ *FLOUR GARDEN BAKER Auburn CA
Terminal ID: 99999999 Serial #: 050570809
Debit Card Transaction
SOU BEST BUY #1190 8324 AUBURN CA
Terminal ID: 00000003 Serial #: 000001707
Debit Card Transaction
BEVERAGES & MOR AUBURN CA
Terminal ID: 67034004 Serial #: 000802965
Debit Card Transaction
FLYERS #4 AUBURN CA
Terminal ID: 001 Serial #: 000749098
Debit Card Transaction
AUBURN GROCERY OUTLET AUBURN CA
Terminal ID: 56598601 Serial #: 000133919
Miscellaneous Debit
Transfer to *****6075
Miscellaneous Debit
Transfer to *****2537
Miscellaneous Debit
Transfer to *****2545
Debit Card Transaction
CRUISERS CLASIC CAR WA AUBURN CA





Filed 05/08/13        Case 13-23040        Doc 66



**Investing in Your Life**

CORPORATE HEADQUARTERS
649 LINCOLN WAY
AUBURN, CA 95603

(530) 863-4800

Abacus Investment Group Inc
PO Box 6644
Auburn, CA  95604

| ACCOUNT | 215004826 |
|---|---|
| STATEMENT PERIOD | 03/01/13 - 03/31/13 |
| PAGE | 3 of 6 |

## OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/21/2013 | 77.80 | Ach withdrawal<br>HOME DEPOT 8597 PURCHASE<br>CHECK# 000000001170 AUBU CA<br>Terminal ID: 00010001 Serial #: 251657946 |
| 03/25/2013 | 100.00 | ATM Cash Withdrawal<br>COMMUNITY 1ST 649 LINCOLN W AUBURN CA<br>Terminal ID: IC 02925 Serial #: 000008025 |
| 03/25/2013 | 2.58 | Debit Card Transaction<br>REDBOX *DVD RENTAL OAKBRKTERRACE IL<br>Terminal ID: 99999999 Serial #: 254487824 |
| 03/25/2013 | 66.28 | Debit Card Transaction<br>SOU THE HOME DEPOT 2327 AUBURN CA<br>Terminal ID: 00000016 Serial #: 000941301 |
| 03/26/2013 | 94.19 | Ach withdrawal<br>THE HARTFORD NTPIQTIWAC<br>THE HARTFORD PREAUTHORIZEDWITHDRAWAL |
| 03/26/2013 | 103.82 | Ach withdrawal<br>THE HARTFORD NTPIQTIWAC<br>THE HARTFORD PREAUTHORIZEDWITHDRAWAL |
| 03/26/2013 | 163.70 | Ach withdrawal<br>THE HARTFORD NTPIQTIWAC<br>THE HARTFORD PREAUTHORIZEDWITHDRAWAL |
| 03/26/2013 | 100.00 | ATM Cash Withdrawal<br>COMMUNITY 1ST 649 LINCOLN W AUBURN CA<br>Terminal ID: IC 02925 Serial #: 000008043 |
| 03/26/2013 | 23.88 | Debit Card Transaction<br>USA 63176 AUBURN CA<br>Terminal ID: TESO631 Serial #: 000350342 |
| 03/26/2013 | 31.44 | Debit Card Transaction<br>AUBURN ALEHOUSE AUBURN CA<br>Terminal ID: 3025 Serial #: 151570964 |
| 03/27/2013 | 100.00 | ATM Cash Withdrawal<br>COMMUNITY 1ST 649 LINCOLN W AUBURN CA<br>Terminal ID: IC 02925 Serial #: 000008058 |
| 03/28/2013 | 4.50 | Debit Card Transaction<br>FEDEXOFFICE 00032979 AUBURN CA<br>Terminal ID: 00E Serial #: 052735537 |
| 03/28/2013 | 23.87 | Debit Card Transaction<br>FEDEXOFFICE 00032979 AUBURN CA<br>Terminal ID: 04P Serial #: 756644944 |
| 03/29/2013 | 580.48 | Ach withdrawal<br>TRACTOR SUPPLY C PURCHASE |








| | | | | | |
|---|---|---|---|---|---|
| Fair Oaks | (916) 967-2265 | Jackson | (209) 223-2320 | Access24 | (916) 967-2424 |
| Bradshaw | (916) 368-3400 | Buckhorn | (209) 295-2265 | | (800) 609-4047 |
| Roseville | (916) 786-7905 | Ione | (209) 274-4731 | | |
| Point West | (916) 565-6100 | Santa Rosa | (707) 528-6300 | | AmericanRiverBank.com |
| Capitol Mall | (916) 441-5150 | Healdsburg | (707) 431-8800 | | |

```
2254   HERBERT MILLER                           Account Number:   510010467
       DEBTOR IN POSSESSION CASE #1323040       Statement Date:    3/31/13
       WILTON STATE PROPERTY                    Page Number:             1
       1795 PRINCETON ROAD                      Items:                   0
       WEST SACRAMENTO CA 95691
```

Are you ready to expand your business and stop pouring money into rental payments? Our Commercial Real Estate financing solutions are tailored to meet the ever-changing needs of your business. For more information, contact your local American River Bank branch or visit www.AmericanRiverBank.com.

```
   BUSINESS BASIC                       510010467
Previous Balance on      3/26/13                            $          .00
  1 Deposits and Other Additions (Credits)                  +        20.00
                                                                 ---------
Current Balance on       3/31/13                            $        20.00
```

........................................................................
                        Checking Account Transactions

3/26/13 DEPOSIT                                                   20.00 +

    Average Collected Balance for Period was       20.00



| | | | | | | |
|---|---|---|---|---|---|---|
| **American River Bank** MEMBER FDIC | Fair Oaks | (916) 967-2265 | Jackson | (209) 223-2320 | Access24 | (916) 967-2424 |
| | Bradshaw | (916) 368-3400 | Buckhorn | (209) 295-2265 | | (800) 609-4047 |
| | Roseville | (916) 786-7905 | Ione | (209) 274-4731 | | |
| | Point West | (916) 565-6100 | Santa Rosa | (707) 528-6300 | | |
| | Capitol Mall | (916) 441-5150 | Healdsburg | (707) 431-8800 | | AmericanRiverBank.com |

```
                                                    Account Number:  510010474
                                                    Statement Date:    3/31/13
2255   HERBERT MILLER                                  Page Number:          1
       DEBTOR IN POSSESSION CASE #13-23040                    Items:          0
       1795 PRINCETON ROAD
       WEST SACRAMENTO CA 95691
```

Are you ready to expand your business and stop pouring money into rental payments? Our Commercial Real Estate financing solutions are tailored to meet the ever-changing needs of your business. For more information, contact your local American River Bank branch or visit www.AmericanRiverBank.com.

```
       BUSINESS BASIC                      510010474
     Previous Balance on    3/26/13                          $         .00
       1 Deposits and Other Additions (Credits)              +       20.00
                                                                  --------
     Current Balance on     3/31/13                          $       20.00
```

Checking Account Transactions

3/26/13 DEPOSIT                                                    20.00 +

Average Collected Balance for Period was    10.00



Filed 05/08/13     Case 13-23040     Doc 66



| | | | | | |
|---|---|---|---|---|---|
| Fair Oaks | (916) 967-2265 | Jackson | (209) 223-2320 | Access24 | (916) 967-2424 |
| Bradshaw | (916) 368-3400 | Buckhorn | (209) 295-2265 | | (800) 609-4047 |
| Roseville | (916) 786-7905 | Ione | (209) 274-4731 | | |
| Point West | (916) 565-6100 | Santa Rosa | (707) 528-6300 | AmericanRiverBank.com | |
| Capitol Mall | (916) 441-5150 | Healdsburg | (707) 431-8800 | | |

```
2253   HERBERT MILLER                          Account Number:   510010450
       DEBTOR IN POSSESSION CASE #13-23040     Statement Date:     3/31/13
       APPLEGATE ESTATE PRDPERTY                 Page Number:            1
       1795 PRINCETON ROAD                             Items:            0
       WEST SACRAMENTO CA 95691
```

Are you ready to expand your business and stop pouring money into rental payments? Our Commercial Real Estate financing solutions are tailored to meet the ever-changing needs of your business. For more information, contact your local American River Bank branch or visit www.AmericanRiverBank.com.

```
     BUSINESS BASIC                        510010450
  Previous Balance on    3/26/13                                 $        .00
   1 Deposits and Other Additions (Credits)                      +      20.00
                                                                      -------
  Current Balance on     3/31/13                                 $      20.00
```

----

Checking Account Transactions

```
3/26/13 DEPOSIT                                                       20.00 +

     Average Collected Balance for Period was       20.00
```

