# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Herbert Edward Miller | **Case No :** <br> **Date :** <br> **Time :** | 13–23040 – B – 11 <br> 11/26/13 <br> 09:32 |
| **Matter :** | [135] – Motion/Application to Dismiss Case [PD–2] Filed by Creditor JPMorgan Chase Bank, National Association, CITIMORTGAGE, INC. (mfrs) Modified on 10/9/2013 (mfrs). <br> [135] – Motion/Application to Convert Case From Chapter 11 to Chapter 7 [PD–2] Filed by Creditors CITIMORTGAGE, INC., JPMorgan Chase Bank, National Association (Fee Paid $0.00) (mfrs) | | |
| **Judge :** <br> **Courtroom Deputy :** <br> **Reporter :** <br> **Department :** | Thomas Holman <br> Sheryl Arnold <br> Diamond Reporters <br> B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
　　　　Debtor(s) Attorney – Gilbert E. Maines
　　　　Debtor – Herbert Edward Miller

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part, and the instant case is dismissed. Pursuant to 11 U.S.C. § 109(g)(1), the debtor may not commence a bankruptcy case for a period of 180 days after entry of the order dismissing this case. Except as so ordered, the motion is denied.

Dated: December 02, 2013

_Thomas C. Holman_
Thomas C. Holman
United States Bankruptcy Judge